## Corrie H. Stribling, Appellee, v. Thomas L. Grace et al. John F. Kent, Appellant.

### Gen. No. 40,544.

opinion filed June 30, 1939; rehearing denied and supplemental opinion filed October 3, 1939. Mulcahy, Murphy & Walsh, for appellant; Michael F. Mulcahy, Maurice G. Walsh, Edwin D. Lawlor and Ashley Greene, of counsel; Alfred Roy Hulbert and Raymond E. Ehrlich, for appellee. Opinion by JUSTICE O'CONNOR; supplemental opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."